TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

JOHN P. TUSTIN (Texas State Bar No. 24056453)
Senior Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-3022 / Fax: (202) 305-0275
john.tustin@usdoj.gov

NATALIE K. WIGHT
United States Attorney
District of Oregon

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| XERCES SOCIETY FOR INVERTEBRATE CONSERVATION and CENTER FOR BIOLOGICAL DIVERSITY<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN SHEA, in his official capacity as Administrator for the Animal and Plant Health Inspection Service; and the ANIMAL AND PLANT HEALTH INSPECTION SERVICE,<br><br>Defendants. | Case No. 3:22-cv-00790-HZ<br><br>JOINT MOTION REGARDING SCHEDULING ORDER FOR INITIAL PLEADINGS |

The parties jointly move the Court to enter deadlines for an amended complaint and

responsive pleading. In support, the parties state the following:

1.   Plaintiffs filed their Complaint on May 31, 2022. ECF No. 1.

2.    The United States Attorney for the District of Oregon was served on June 3.

3.    Plaintiffs currently plan to amend the operative Complaint to include additional claims for relief.

4.    Defendants' responsive pleading to the operative Complaint currently is due August 2. Fed. R. Civ. P. 12(a)(2).

In order to conserve the parties' and the Court's resources, and to avoid multiple motions for extensions of time or leave to amend, the parties propose the following schedule for the initial pleadings in this action:

5.    Plaintiffs will amend their Complaint by **August 26**. Defendants do not oppose Plaintiffs amending their Complaint.

6.    Defendants' deadline to file a responsive pleading is extended until **September 16**, or twenty-one days after Plaintiffs amend their Complaint.  This is a one-week extension of time from the two weeks allowed under Rule 15(a)(3).  Plaintiffs do not oppose this one week extension of time.

The parties met and conferred via email on July 26 and 27 and jointly submit this request.

Respectfully submitted on this 28th day of July, 2022.

*For Plaintiffs*          /s/  *Andrew R. Missel (with permission)*
                          Andrew R. Missel (OSB # 181793)
                          Elizabeth H. Potter (OSB # 105482)
                          Hannah A. Clements (OSB # 205324)
                          ADVOCATES FOR THE WEST
                          3701 SE Milwaukie Ave., Ste. B

Portland, OR 97202
(503) 914-6388
amissel@advocateswest.org
epotter@advocateswest.org
hclements@advocateswest.org

*For Defendants*          TODD KIM
                         Assistant Attorney General
                         Environment and Natural Resources Division

                         */s/   John P. Tustin*
                         JOHN P. TUSTIN
                         Senior Attorney
                         Natural Resources Section
                         P.O. Box 7611
                         Washington, D.C. 20044 7611
                         Phone: (202) 305 3022 / Fax: (202) 305-0506
                         john.tustin@usdoj.gov

                         NATALIE K. WIGHT
                         United States Attorney
                         District of Oregon