# Exhibit A

USDA-APHIS-PPQ
Project Planning and Reporting Worksheet

**Part A: Detailed Work Plan**     DWP # _____     Rev# _____     **Date Revised** _____

| Est. Starting Date | Counties |
|---|---|

Pest (List species and/or species complex):

Environmental Assessment Name/Number:

Date FONSI signed: _____

Types of Environmental Monitoring Anticipated:
☐ Insecticide   ☐ Additional

Resources needed:

Endangered Species Act Section 7 local consultation status:   ☐ pending   ☐ initiated   ☐ completed
☐ not applicable   ☐ other _____

| Land Ownership — Specify Private, State, Federal Agency, Tribe, etc. | Est. Acres | Letter(s) of Request | Cooperative Agreement | Escrow Letter |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

|  | PPQ | State | Private | Other | Other | Total |
|---|---|---|---|---|---|---|
| Estimated Costs |  |  |  |  |  |  |

RAATS Used?  ☐ YES   ☐ NO

Pretreatment Densities _____ /square yard

Remarks: NPDES Information (if applicable). Include date of evaluation, land manager requesting assistance, sensitive issues (bees, water, endangered species, organic farms, etc.). Attach map if applicable. State if treatment is recommended.

| Signature of PPQ Plant Health Director | Date |
|---|---|

PPQ Form 136 (Jan 2006) Previous editions are obsolete