Exhibit B

USDA-APHIS-PPQ
Project Planning and Reporting Worksheet

**Part B: Aerial Contract, Site Specific Description**   DWP # _____          Rev# _____   Date Revised _____

| | |
|---|---|
| Type of Contract: <br> ☐ A = Rangeland Treatment (Non-Full Service)     ☐ B = Rangeland Treatment (Full Service) <br> ☐ C = Rangeland Border Protection (Select One)  ☐ Full Service Stand-by  **OR**  ☐ Non-Full Service Stand-By | |
| Pesticide: _____  ☐ gallons   ☐ lbs      Plus or minus ☐ 25 percent | |
| to be applied for control of  ☐ GH  ☐ MC  ☐ Other          Estimated number of acres: | |
| Pesticide: _____ | Rate of application (actual formulation per acre) |
| Pesticide will be delivered in: ☐ bulk ☐ barrels ☐ bags ☐ boxes ☐ jugs ☐ other ☐ N/A full service contract <br> Gal/lbs per unit: | |
| Pesticide loading equipment required:  ☐ Yes   ☐ No | |
| Pesticide mixing equipment required:  ☐ Yes   ☐ No    Type:          (Refer to SOW) | |
| Water Transport:  ☐ Yes     ☐ No (Refer to SOW) | |
| State: | |
| Location of treatment block(s): | |
| Location of pesticide storage site(s): | |
| Location of Airstrips: | |
| Estimated average ferry distance: (in miles ) | Elevation range of work area: (in feet) |
| Minimum block size: | Area not treated         % |
| Site specific information:  Rough terrain _____ %    Sensitive Areas _____ % | |
| Water      %     Buffers Required      %     Congested areas      % | |
| Application Aircraft Required:  ☐ Fixed Wing    ☐ Helicopter | |
| Category & Number:        Matched: ☐ Yes ☐ No    Same Make & Model: ☐ Yes ☐ No | |
| Observation Aircraft required: ☐ Yes  ☐ No | |
| Observation Speed capability _____ mph  (Note: If application aircraft is category C = 150 mph, or if application aircraft is a category D = 130 mph). | |
| Aircraft Guidance and/or Flight Data Logging Requested: ☐ Yes  ☐ No | |
| ☐ DGPS (guidance only)  ☐ DGPS (tracking/recording)  ☐ Flagging  (See SOW for a description of each) | |
| Estimated reporting date | Estimated starting date |
| Number of operational hours allowed to complete the contract: | |
| Contracting Officer's Representative (COR) <br> Name: _____                              Phone: _____ | |
| Any additional information (Ex: Deviation from listed swath spacing; Reduced rates of application; carriers and volumes per acre, specialized loading equipment, ability to accept shapefiles, etc.): | |

PPQ Form 136 (Dec 2005) Previous editions are obsolete