Exhibit C

USDA-APHIS-PPQ
Project Planning and Reporting Worksheet

**Part C: Post Treatment Report**    DWP # _____, Rev# ____ Date Revised ____

| Land Ownership<br>Specify Private, State, Federal Agency, Tribe, etc. | Acres Treated | Acres Protected (RAATS) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| Costs | PPQ | State | Private | Other | Other | Total |
|---|---|---|---|---|---|---|
| Salaries | | | | | | |
| Travel/Per Diem | | | | | | |
| Mileage and Vehicle | | | | | | |
| Supplies/Misc. | | | | | | |
| Pesticide Storage | | | | | | |
| Pesticide | | | | | | |
| Application Contract(s) | | | | | | |
| Overhead @ 16.15% | | | | | | |
| Other: | | | | | | |
| Total | | | | | | |

Cost: Per treated acre $ _____
      Per protected acre $ _____

Average Pretreatment Density _____
Post Treatment Density (kill rate):   Day 7 ____%   Day 14 ____%   Day 21 ____%   Day 35 ____%

Environmental Samples Sent For Analysis
☐ Soil            ☐ Vegetation
☐ Water           ☐ Chemical
☐ Other _____

Remarks

| Signature of PPQ Plant Health Director | Date |
|---|---|

PPQ Form 136 (Dec 2005) Previous editions are obsolete