UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

XERCES SOCIETY FOR                          Case No. 3:22-cv-00790-HZ
INVERTEBRATE CONSERVATION
and CENTER FOR BIOLOGICAL
DIVERSITY,

                          Plaintiffs,

v.                                          ORDER ON REMEDIES


MICHAEL WATSON, in his official
capacity as Administrator of the
Animal and Plant Health Inspection
Service; and ANIMAL AND PLANT
HEALTH INSPECTION SERVICE,

                    Federal Defendants,

and

STATE OF WYOMING and
STATE OF MONTANA,

                    Intervenor-Defendants.


    For the reasons set forth in the Court's June 23, 2025 Opinion and Order, ECF 102, and

its August 1, 2024 Opinion and Order, ECF 83, IT IS ORDERED THAT:

    (1) The November 2019 Rangeland Grasshopper and Mormon Cricket Suppression Program

        Final Environmental Impact Statement and the Environmental Assessments and Findings

ORDER

of No Significant Impact challenged in Plaintiffs' First, Second, Third, Fifth, and Eighth

Claims for Relief violate the National Environmental Policy Act ("NEPA").

(2) The November 2019 Rangeland Grasshopper and Mormon Cricket Suppression Program

Final Environmental Impact Statement is remanded to the Animal and Plant Health

Inspection Service ("APHIS") for further action consistent with the Court's orders

referenced above. APHIS shall complete a new environmental impact statement or a

supplemental environmental impact statement within two years from the date of the final

judgment in this case, consistent with the deadline requirements in 42 U.S.C.

§ 4336a(g)(1)(A)(i). Should APHIS require additional time, it may request from the

Court a new deadline "that provides only so much additional time as is necessary to

complete such [environmental impact statement]. . . ." *Id*. § 4336a(g)(2).

(3) Environmental Assessment Number MT-01-2023-2028, Number MT-02-2023-2028, and

Number WY-22-01 and the associated Findings of No Significant Impact are remanded

to APHIS for further action consistent with the Court's orders referenced above.

Environmental Assessment Number MT-01-2023-2028, Number MT-02-2023-2028, and

Number WY-22-01 and the associated Findings of No Significant Impact are also

vacated, but vacatur is deferred until October 15, 2025.

DATED:____August 16, 2025_____.

_Marco Hernández_
MARCO A. HERNÁNDEZ
United States Senior District Judge

ORDER                                                                    2